640

Eighth Circuit denied.  *Mr. Walter N. Davis* for petitioner.  *Messrs. George E. Brammer* and *Clyde B. Charlton* for respondent.

No. 366.  CALDWELL *v.* STANDARD ACCIDENT INSURANCE Co.  October 24, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.  *Mr. Chas. S. Coffey* for petitioner.  *Messrs. Merritt U. Hayden* and *Harry L. Greene* for respondent.

No. 369.  MORTGAGE GUARANTEE Co. *v.* HERBERT V. APARTMENTS CORP.  October 24, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.  *Mr. Harry Miller* for petitioner.  *Mr. Joseph Varbalow* for respondent.

No. 372.  STALEY ELEVATOR Co. ET AL. *v.* OTIS ELEVATOR Co.  October 24, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. William H. Davis* for petitioners.  *Mr. Edwin W. Sims* for respondent.

No. 378.  AMERICAN GLYCERIN Co. *v.* EASON OIL Co. ET AL.  October 24, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied.  *Messrs. Charles L. Yancey* and *G. C. Spillers* for petitioner.  *Messrs. P. C. Simons, L. E. McKnight,* and *R. W. Simons* for respondents.

No. 397.  NEW YORK LIFE INSURANCE Co. *v.* JACKSON ET AL.  October 24, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.